**CRIMINAL COMPLAINT**
(Submitted electronically)

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America** <br> v. <br> **Omar Lopez-Carrillo** <br> YOB: 1995; U.S. Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 25-05753MJ |

Complaint for violations of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A)(vi) and (b)(1)(B)(viii) and Title 18 United States Code, Section 924(c)(1)(A)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about March 28, 2025, at or near Tucson, in the District of Arizona, **Omar Lopez-Carrillo**, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance that contained a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

COUNT 2: On or about March 28, 2025, at or near Tucson, in the District of Arizona, **Omar Lopez-Carrillo**, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT 3: On or about March 28, 2025, at or near Tucson, in the District of Arizona, **Omar Lopez-Carrillo**, did knowingly brandish a firearm in furtherance of the drug trafficking crime charged in count 1 of this complaint; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On 3/27/25, members of the Tucson District Office Strike Force (TDO-SF) prepared a search warrant for the residence of 4655 S Martin Avenue, Tucson, AZ, which was granted by the court, and authorized as a "no knock" warrant, to be served at any time during the night or night due to the circumstances of the investigation.

On 3/28/25, at approximately 6:05 a.m., members of the DEA Special Response Team (SRT) approached the residence and breached the back door. Upon breaching the back door, which had been secured by a nylon dog leash to prevent entry, members of SRT observed Omar LOPEZ-Carrillo at the end of the hallway running back and forth between two bedrooms. Members of SRT announced their presence and observed LOPEZ-Carrillo holding a black firearm in his hand. After several commands, LOPEZ-Carrillo refused to comply. Members of SRT breached the front windows to the bedrooms that LOPEZ-Carrillo was observed running into, at which time they identified Armando REYES, Elena HIDALGO, and LOPEZ-Carrillo barricaded in the bedroom. After several commands, REYES and HIDALGO exited the back bedroom and were taken into custody without incident. LOPEZ-Carrillo eventually placed his hands outside of the bedroom window where he was secured and placed into custody.

At this time, a search of the residence was conducted. During a search of the backyard, agents accessed the eaves of the roof and removed 2 large packages. TDO-SF agents located approximately 2 kilograms of suspected blue M30 fentanyl pills that were packaged individually in ounce size baggies. Also located in the bag, was approximately 1 pound (454 grams) of methamphetamine. Field tests were conducted, one substance tested positive for methamphetamine and the other fentanyl. During a search of the bedroom where LOPEZ-Carrillo was secured, agents located a loaded Metro Arms Corp .38 firearm, a loaded black Stoeger STR 9mm firearm, and a loaded black Colt .22 firearm located between the mattress and between the mattress and the bed rail.

CONTINUED ON NEXT PAGE

| | |
|---|---|
| **BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: CONTINUED** | |
| TDO-SF agents placed LOPEZ-Carrillo under arrest and transported him to the TDO to be processed. Agents attempted to conduct a Post *Miranda* interview with LOPEZ-Carrillo, however, he invoked his rights. LOPEZ-Carrillo was then transported and booked into the federal facility in Florence, AZ. | |
| **MATERIAL WITNESSES IN RELATION TO THE CHARGE:** | |
| **DETENTION REQUESTED** <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | **SIGNATURE OF COMPLAINANT (official title)** <br> AMBER BERNARD *(Digitally signed by AMBER BERNARD, Date: 2025.03.28 14:25:19 -07'00')* |
| | **OFFICIAL TITLE** <br> Special Agent |
| **Sworn to telephonically.** | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] <br> *(signature: Lynnette C. Kimmins)* | **DATE** <br> March 31, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA: David P. Petermann